1    TRACY L. WILKISON
2    United States Attorney
     DAVID M. HARRIS
3    Assistant United States Attorney
4    Chief, Civil Division
     CEDINA M. KIM
5    Assistant United States Attorney
6    Senior Trial Attorney, Civil Division
     GERALYN GULSETH, CSBN 160872
7    Special Assistant United States Attorney
8       Social Security Administration
9       160 Spear St., Suite 800
       San Francisco, CA  94105
10      Telephone: (510) 970-4819
11      Facsimile: (415) 744-0134
       Email: Geralyn.Gulseth@ssa.gov
12    Attorneys for Defendant

**JS-6**

13

14

15         UNITED STATES DISTRICT COURT
16         CENTRAL DISTRICT OF CALIFORNIA
           WESTERN DIVISION

17

18    ALAN DAVID BEDNARCZYK,     )   No. 2:20-cv-05874-RGK-SK
                           )
19       Plaintiff,            )   **JUDGMENT OF REMAND**
                           )
20         v.               )
                           )
21    KILOLO KIJAKAZI,         )
     Acting Commissioner of Social    )
22    Security,                )
                           )
23                            )
      Defendant.          )
24                            )

25

26       The Court having approved the parties' Stipulation to Voluntary Remand

27   Pursuant to Sentence Four of <u>42 U.S.C. § 405(g)</u> and to Entry of Judgment

28   ("Stipulation to Remand") lodged concurrent with the lodging of the within

Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  March 15, 2022

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-2-